**Julia E. Markley**, OSB No. 000791
jmarkley@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

**Thomas H. Shunk** (Ohio Bar No. 0025793)
TShunk@bakerlaw.com
(*pro hac vice* application to be filed)
**Christina J. Moser** (Ohio Bar No. 0074817)
cmoser@bakerlaw.com
(*pro hac vice* application to be filed)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: 216.621.0200
Facsimile: 216.696.0740

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **GOOGLE INC.**,<br><br>                Plaintiff,<br><br>v.<br><br>**TRAFFIC INFORMATION LLC**,<br><br>                Defendant. | No. Cv 09-642-HU<br><br>**CORPORATE DISCLOSURE STATEMENT** |

1- CORPORATE DISCLOSURE STATEMENT

41063-0001/LEGAL16328908.1

Pursuant to Fed. R. Civ. P. 7.1, plaintiff Google Inc. states that it does not have a parent. There are no publicly held corporations that own 10% or more of Google's stock.

DATED: June 9, 2009

**PERKINS COIE** LLP

By: _____
Julia E. Markley, OSB No. 000791
jmarkley@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

**BAKER & HOSTETLER LLP**

**Thomas H. Shunk** (Ohio Bar No. 0025793)
TShunk@bakerlaw.com
**Christina J. Moser** (Ohio Bar No. 0074817)
cmoser@bakerlaw.com
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: 216.621.0200
Facsimile: 216.696.0740

(*pro hac vice* application to be filed)

Attorneys for Plaintiff

2- CORPORATE DISCLOSURE STATEMENT