

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

GOOGLE, INC.,

    Plaintiff,

v.

TRAFFIC INFORMATION, LLC,

    Defendant.

Civil Case No. CV-09-642-HU

**Application for Special Admission - *Pro Hac Vice***

As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice* and certify that the information contained in this document is true.

**1.**     **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

    **(A)**     **Personal Data:**

        (1)     Name: Thomas H. Shunk

        (2)     Firm or Business Affiliation: Baker and Hostetler LLP

        (3)     Mailing Address, City, State and Zip Code: 3200 National City Center, 1900 East Ninth Street, Cleveland, OH 44114-3485

        (4)     Business E-Mail Address: TShunk@bakerlaw.com

        (5)     Business Telephone Number: (216) 861-7592

        (6)     Fax Telephone Number: (216) 373-6557

    **(B)**     **Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

        (1)     State Bar Admission: State of Ohio, November 2, 1979

        (2)     Federal Bar Admissions:

      (a) United States District Court, Northern District of Ohio – December 13, 1979

      (b) United States District Court, District of Colorado – June 26, 1998

      (c) United States District Court, Central District of Illinois – December 16, 2001

      (d) United States District Court, Eastern District of Wisconsin – July 11, 2003

      (e) Court of Appeals, Sixth Circuit – July 24, 1980

      (f) Court of Appeals, Federal Circuit – July 6, 1989

**(C)** **Certification of Disciplinary Proceedings:**

    X    I certify that I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency; or

    ___    I certify that I am now, or have been subject to disciplinary action from a state or federal bar association or administrative agency (*See* attached letter of explanation).

**(D)** **Certification of Professional Liability Insurance:** I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

**(E)** **Representation Statement:** I am representing the following party(s) in this case: Plaintiff, Google, Inc.

    **CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See* http://ecf.ord.uscourts.gov). I also consent to electronic service pursuant to Fed. R. Civ. P 5(b) (2)(D) and LR 100.2 (c).

**2.** **Certification of Associated Local Counsel:** I certify the information contained in this application is true, that I am a member in good standing of the Bar of this Court, that I have read and understand the requirements of LR 83.3, and that I will serve as designated local counsel in this particular case.

DATED this   16th   day of June, 2009.

___(signature)___
(Signature of Local Counsel)
Julia E. Markley, OSB No. 000791
Email address: jmarkley@perkinscoie.com
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: (503) 727-2000
Facsimile: (503) 727-2222

___(signature)___
(Signature of Pro Hac Vice Counsel)
Thomas H. Shunk, Ohio Bar No. 0025793
Email address: TShunk@bakerlaw.com
Baker and Hostetler LLP
3200 National City Center, 1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: (216) 621-0200
Facsimile: (216).696-0740

## COURT ACTION

✓ Application approved subject to payment of fees
___ Application approved and fee waived
___ Application denied

6/26/2008
Date

___(signature)___
Judge's Signature

cc: Counsel of Record