OH Super Court or
Local Counsel or
6/3/09

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

RECVD 09 JUN 18 10:48USDC-ORP

FILED 09 JUN 26 11:25USDC-ORP

GOOGLE, INC.,

                    Plaintiff,

      v.

TRAFFIC INFORMATION, LLC,

                    Defendant.

Civil Case No.   CV-09-642-HU

---

## Application for Special Admission - *Pro Hac Vice*

As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice* and certify that the information contained in this document is true.

1.    **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

    **(A)**    **Personal Data:**

        (1)    Name: Christina J. Moser

        (2)    Firm or Business Affiliation: Baker and Hostetler LLP

        (3)    Mailing Address, City, State and Zip Code: 3200 National City Center, 1900 East Ninth Street, Cleveland, OH 44114-3485

        (4)    Business E-Mail Address: CMoser@bakerlaw.com

        (5)    Business Telephone Number: (216) 621-0200

        (6)    Fax Telephone Number: (216) 696-0740

    **(B)**    **Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

        (1)    State Bar Admissions; Name of court; Admission standing; Date of admission and Bar No.

    California, active and in good standing. Admitted December 10, 1998. Bar number 199027.

#27525

Ohio, active and in good standing. Admitted May 31, 2002. Bar number 0074817.

(2) Federal Bar Admissions; Name of court; Admission standing; Date of admission and Bar No.

Central District of California, good standing, admitted December 10, 1998

Northern District of California, good standing, admitted 1999

Northern District of Ohio, good standing, admitted September 20, 2004

Southern District of California, good standing, admitted April 21, 2005

Eastern District of Wisconsin, good standing, admitted November 18, 2008

Southern District of Texas, good standing, admitted December, 2008

Third Circuit Court of Appeals, good standing, admitted 2003

Sixth Circuit Court of Appeals, good standing, admitted December 8, 2005

United States Supreme Court, good standing, admitted April 24, 2006

**(C)** **Certification of Disciplinary Proceedings:**

<u>X</u>    I certify that I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency; or

___    I certify that I am now, or have been subject to disciplinary action from a state or federal bar association or administrative agency (*See* attached letter of explanation).

**(D)** **Certification of Professional Liability Insurance:** I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

**(E)** **Representation Statement:** I am representing the following party(s) in this case: <u>Plaintiff Google, Inc.</u>

**CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See* http://ecf.ord.uscourts.gov). I also consent to electronic service pursuant to Fed. R. Civ. P 5(b) (2)(D) and LR 100.2 (c).

2. **Certification of Associated Local Counsel:** I certify the information contained in this application is true, that I am a member in good standing of the Bar of this Court, that I have read

and understand the requirements of LR 83.3, and that I will serve as designated local counsel in this particular case.

DATED this ___18th___ day of June, 2009.

_(Signature of Local Counsel)_
Julia E. Markley, OSB No. 000791
Email address: jmarkley@perkinscoie.com
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: (503) 727-2000
Facsimile: (503) 727-2222

_(Signature of Pro Hac Vice Counsel)_
Christina J. Moser, Ohio Bar No. 0074817
Email address: CMoser@bakerlaw.com
Baker and Hostetler LLP
3200 National City Center, 1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: (216) 621-0200
Facsimile: (216) 696-0740

---

## COURT ACTION

☑    Application approved subject to payment of fees
___    Application approved and fee waived
___    Application denied

6/26/2009
**Date**

**Judge's Signature**

cc:    Counsel of Record