ORIGINAL

OA 440 (Rev. 2/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF OREGON

| | |
|---|---|
| GOOGLE INC., <br><br> Plaintiff <br><br> v. <br><br> TRAFFIC INFORMATION LLC, <br><br> Defendant. | Civil Action No. CV-09-642-HU |

## SUMMONS IN A CIVIL ACTION

TO: TRAFFIC INFORMATION LLC
c/o CT Corporation Systems, Agent for Service of Process
350 North St. Paul Street
Dallas, TX 75201

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julia E. Markley
Perkins Coie LLP
1101 NW Couch Street, 10th Floor
Portland, OR 97209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 2 7 2009

CLERK OF COURT
MARY L. MORAN

DEPUTY CLERK
M. Kenney

41063-0001/LEGAL16321596.1

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l)*

This summons for TRAFFIC INFORMATION LLC was received by me on (date) 7/30/2009

☐ I personally served the summons on the individual at (place) _____ on (date) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) KEVIN RUSSELL, who is designated by law to accept service of process on behalf of (name of organization) TRAFFIC INFORMATION LLC on (date) THURS 7/30/09 @ 3:50 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

### STATEMENT OF SERVICE FEES
TRAVEL        SERVICES $75.00        TOTAL $0.00

### DECLARATION OF SERVER

I declare under penalty of perjury that this information is true.

Date: 7/30/2009

_____
Server's signature

GRANT RITCHIE
Printed name and title

2841 NE DAVIS
PORTLAND OR 97232
Server's Address