**Robert A. Shlachter**, OSB No. 911718
Email: rshlachter@stollberne.com
**Timothy S. DeJong**, OSB No. 940662
Email: tdejong@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**C. Dale Quisenberry** (*pro hac vice* application to be filed)
Email: dquisenberry@pqelaw.com
**John T. Polasek**, (*pro hac vice* application to be filed)
Email: tpolasek@pqelaw.com
**Jeffrey S. David**, (*pro hac vice* application to be filed)
Email: jdavid@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

*Attorneys for Defendant Traffic Information, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAFFIC INFORMATION, LLC, a Texas limited liability company,<br><br>Defendant. | Civil No.: 09-642-HU<br><br>**MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND ALTERNATIVE MOTION TO TRANSFER VENUE**<br><br>**<u>ORAL ARGUMENT REQUESTED</u>** |

Certification of Compliance with LR 7.1

In compliance with LR 7.1, defendant's counsel certifies that they conferred by telephone with plaintiff's counsel in a good faith effort to resolve this dispute, but were unable to resolve the dispute.

Motion

Defendant Traffic Information, LLC ("Traffic") hereby moves pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss plaintiff Google Inc.'s Complaint for lack of subject matter jurisdiction. In the alternative, defendant moves pursuant to 28 U.S.C. §1404(a) to transfer this action to the Eastern District of Texas, Marshall Division, where three related patent infringement actions are now pending.

This motion is supported by (1) the accompanying MEMORANDUM IN SUPPORT OF TRAFFIC INFORMATION, LLC'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND ALTERNATIVE MOTION TO TRANSFER VENUE, and (2) the DECLARATION OF KEVIN L. RUSSELL IN SUPPORT OF TRAFFIC INFORMATION, LLC'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND ALTERNATIVE MOTION TO TRANSFER VENUE.

Dated this 14th day of August, 2009.

                STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

                By: /s/ Timothy S. DeJong
                    **Robert A. Shlachter**, OSB No. 911718
                    **Timothy S. DeJong**, OSB No. 940662

                209 S.W. Oak Street, Fifth Floor
                Portland, Oregon 97204
                Email: rshlachter@stollberne.com
                         tdejong@stollberne.com

-AND-

**PAGE 1 - MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND ALTERNATIVE MOTION TO TRANSFER VENUE**

**C. Dale Quisenberry** (*pro hac vice* application to be filed)
Email: dquisenberry@pqelaw.com
**John T. Polasek**, (*pro hac vice* application to be filed)
Email: tpolasek@pqelaw.com
**Jeffrey S. David**, (*pro hac vice* application to be filed)
Email: jdavid@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

*Attorneys for Defendant Traffic Information, LLC*

PAGE 2 -   MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION
AND ALTERNATIVE MOTION TO TRANSFER VENUE

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL (503) 227-1600  FAX (503) 227-6840