**Robert A. Shlachter**, OSB No. 911718
Email: rshlachter@stollberne.com
**Timothy S. DeJong**, OSB No. 940662
Email: tdejong@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**C. Dale Quisenberry** (*pro hac vice* application pending)
Email: dquisenberry@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

*Attorneys for Defendant Traffic Information, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAFFIC INFORMATION, LLC, a Texas limited liability company,<br><br>Defendant. | Civil No.: 09-642-HU<br><br>**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF** |

Certification of Compliance with LR 7.1

In compliance with LR 7.1, the parties conferred and Google does not oppose this motion.

Motion

Pursuant to LR 6.1, defendant files this unopposed motion to extend by seven days the deadline to file its reply brief in support of its pending motion to dismiss or transfer. The current deadline is September 11, 2009. The requested deadline is September 18, 2009. This is the final brief to be filed on this motion, and the requested extension will not impact the scheduled hearing date of October 21, 2009.

Dated this 9th day of September, 2009.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: /s/ Timothy S. DeJong
**Robert A. Shlachter,** OSB No. 911718
**Timothy S. DeJong,** OSB No. 940662

209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Email: rshlachter@stollberne.com
tdejong@stollberne.com

-AND-

**C. Dale Quisenberry** (*pro hac vice* application pending)
Email: dquisenberry@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

**Attorneys for Defendant Traffic Information, LLC**

**PAGE 1 -   DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840