*[handwritten: X bar of bk / local counsel / 9-8-09]*

**Robert A. Shlachter**, OSB No. 911718
Email: rshlachter@stollberne.com
**Timothy S. DeJong**, OSB No. 940662
Email: tdejong@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**C. Dale Quisenberry** (*pro hac vice* application to be filed)
Email: dquisenberry@pqelaw.com
**John T. Polasek**, (*pro hac vice* application to be filed)
Email: tpolasek@pqelaw.com
**Jeffrey S. David**, (*pro hac vice* application to be filed)
Email: jdavid@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

*Attorneys for Defendant Traffic Information, LLC*

*FILED'09 SEP 8 15:26USDC-ORP*

*FILED'09 SEP 10 8:19USDC-ORP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAFFIC INFORMATION, LLC, a Texas limited liability company,<br><br>Defendant. | Civil No.: 09-642-HU<br><br>**APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE* FOR C. DALE QUISENBERRY** |

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

*[handwritten: 289/10]*

As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice* and certify that the information contained in this application is true.

1. **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

    (A) **Personal Data:**
    - (1) Name: **C. Dale Quisenberry**
    - (2) Firm or Business Affiliation:
      **POLASEK, QUISENBERRY & ERRINGTON, L.L.P.**
    - (3) Mailing Address:
      **6750 West Loop South, Suite 920**
      **Bellaire, Texas 77401**
    - (4) Email: **dquisenberry@pqelaw.com**
    - (5) Telephone: **(832) 778-6000**
    - (6) Facsimile: **(832) 778-6010**

    (B) **Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Associations.

    (1) State Bar Admissions:
    Name of Court: Texas State Bar
    Admissions Standing: Active, Good Standing
    Date of Admission: 4/20/98
    Bar ID Number: 24005040

    (2) Federal Bar Admissions:
    Name of Court: Southern District of Texas
    Admissions Standing: Active, Good Standing
    Date of Admission: 9/20/96
    Federal ID Number: 20006

    (See separate page for additional information)

    (C) **Certification of Disciplinary Proceedings:**

    **X**   I certify that I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency; or

    ___   I certify that I am now, or have been subject to disciplinary action from a state or federal bar association or administrative agency (*See* attached letter of explanation).

**PAGE 1 - APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE* FOR C. DALE QUISENBERRY**

(D) **Certification of Professional Liability Insurance:** I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

(E) **Representation Statement:** I am representing the following party(s) in this case: **Defendant Traffic Information, LLC**

(F) **CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See* http://ecf.ord.uscourts.gov). I also consent to electronic service pursuant to LR 5.5(a)(1).

2. **Certification of Associated Local Counsel:** I certify that I am a member in good standing of the Bar of this Court, and that I have read and understand the requirements of LR 83.3(d), and that I will serve as designated local counsel in this particular case.

DATED this 3rd day of September, 2009.

/s/ Timothy S. DeJong
**Timothy S. DeJong**, OSB No. 940662
Stoll Stoll Berne Lokting & Shlachter P.C.
209 S.W. Oak St., 5th Floor
Portland, OR 97204
E-mail: tdejong@stollberne.com
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

C. Dale Quisenberry
Polasek, Quisenberry
& Errington, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Email: dquisenberry@pqelaw.com
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

## COURT ACTION

✓ Application approved subject to payment of fees

___ Application approved and fee waived

___ Application denied

9/9/09
Date

United States ~~District~~ Judge
Magistrate

cc: Counsel of Record

**PAGE 2 - APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE* FOR C. DALE QUISENBERRY**

## Courts in which C. Dale Quisenberry is admitted

| No. | Court: | Date of Admission: |
|---|---|---|
| 1. | U.S. Court of Appeals for the Federal Circuit | October 30, 1992 |
| 2. | U.S. Court of Appeals for the 10th Circuit | December 30, 1992 |
| 3. | U.S. District Court for the Northern District of Oklahoma | October 15, 1992 |
| 4. | U.S. District Court for the Southern District of Texas | September 20, 1996 |
| 5. | U.S. District Court for the Eastern District of Texas | March 4, 2004 |
| 6. | U.S. Court of Federal Claims | March 4, 1994 |

Note: This list does not include courts in which admitted *pro hac vice*.

## State Bars in which C. Dale Quisenberry is admitted

| No. | State: | Date of Admission: | |
|---|---|---|---|
| 1. | Oklahoma | September 30, 1992 | Bar # 15332 |
| 2. | Texas | April 20, 1998 | Bar # 24005040 |