**Robert A. Shlachter**, OSB No. 911718
Email: rshlachter@stollberne.com
**Timothy S. DeJong**, OSB No. 940662
Email: tdejong@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER, P.C.
209 Southwest Oak Street
Portland, Oregon 97204
(503) 227-1600
(503) 227-6840 (facsimile)

**C. Dale Quisenberry**, (*pro hac vice* application to be filed) Texas Bar No. 24005040
Email: dquisenberry@pqelaw.com
**John T. Polasek**, (*pro hac vice* application to be filed) Texas Bar No. 16088590
Email: tpolasek@pqelaw.com
**Jeffrey S. David**, (*pro hac vice* application to be filed) Texas Bar No. 24053171
Email: jdavid@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
(832) 778-6000
(832) 778-6010 (facsimile)

*Attorneys for Traffic Information, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>TRAFFIC INFORMATION, LLC, a Texas limited liability company,<br><br>  Defendant. | Civil No.: 09-642-HU<br><br>**DECLARATION OF RICHARD QIAN IN SUPPORT OF TRAFFIC INFORMATION, LLC'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND ALTERNATIVE MOTION TO TRANSFER VENUE** |

I, Richard Qian, declare:

1. My name is Richard Qian. I am over the age of twenty-one years and am competent to make this declaration based on my personal knowledge. I offer this declaration in support of Traffic Information, LLC's Motion To Dismiss For Lack Of Subject Matter Jurisdiction And Alternative Motion To Transfer Venue.

2. I am one of the named inventors on U.S. Patent No. 6,466,862 ("the '862 patent") and U.S. Patent No. 6,785,606 ("the '606 patent") (collectively "the patents-in-suit").

3. I agree to voluntarily appear in Marshall, Texas to testify before and submit to the jurisdiction of the United States District Court for the Eastern District of Texas, Marshall Division, in connection with any present or future lawsuits in that court related to the patents-in-suit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  16  day of September, 2009.

*/s/ Richard J. Qian*
RICHARD QIAN

PAGE 1   DECLARATION OF RICHARD QIAN IN SUPPORT OF TRAFFIC
INFORMATION, LLC'S MOTION TO DISMISS FOR LACK OF SUBJECT
MATTER JURISDICTION AND ALTERNATIVE MOTION TO TRANSFER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 18th day of September, 2009, with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ C. Dale Quisenberry