**Julia E. Markley**, OSB No. 000791
jmarkley@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

**Thomas H. Shunk,** Ohio Bar No. 0025793
TShunk@bakerlaw.com
Admitted *pro hac vice*
**Christina J. Moser,** Ohio Bar No. 0074817
cmoser@bakerlaw.com
Admitted *pro hac vice*
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: 216.621.0200
Facsimile: 216.696.0740

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **GOOGLE INC.**,<br><br>    Plaintiff,<br><br> v.<br><br>**TRAFFIC INFORMATION LLC**,<br><br>    Defendant. | No. CV09-642-HU<br><br>**FED. R. CIV. P. 26(a)(1) AGREEMENT** |

1- FED. R. CIV. P. 26(a)(1) AGREEMENT

41063-0124/LEGAL17063523.1

Pursuant to Local Rule 26.2, I state that the parties who have been served and are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

DATED: October 2, 2009

**PERKINS COIE LLP**

By: s/Julia E. Markley
**Julia E. Markley**, OSB No. 000791
jmarkley@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

**BAKER & HOSTETLER LLP**

**Thomas H. Shunk**, Ohio Bar No. 0025793
TShunk@bakerlaw.com
**Christina J. Moser**, Ohio Bar No. 0074817)
cmoser@bakerlaw.com
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: 216.621.0200
Facsimile: 216.696.0740

(Admitted *pro hac vice*)

Attorneys for Plaintiff

2- FED. R. CIV. P. 26(a)(1) AGREEMENT

41063-0124/LEGAL17063523.1