**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

**Thomas H. Shunk** (Ohio Bar No. 0025793)
TShunk@bakerlaw.com
(admitted *pro hac vice*)
**Christina J. Moser** (Ohio Bar No. 0074817)
cmoser@bakerlaw.com
(admitted *pro hac vice*)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: 216.621.0200
Facsimile: 216.696.0740

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **GOOGLE INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **TRAFFIC INFORMATION LLC**, <br><br> Defendant. | No. CV09-642-HU <br><br> **JOINT SUBMISSION REGARDING SCHEDULING AND REQUEST FOR AMENDMENT OF THE DISCOVERY AND PRETRIAL SCHEDULING ORDER** |

Plaintiff Google Inc. ("Google") and defendant Traffic Information, LLC ("Traffic") have conferred concerning amendment to the Discovery and Pretrial Scheduling Order [ECF #3], proposed dates for the conduct of this case, and also scheduling of a Local Rule 16.2 conference for scheduling and planning.

1-   JOINT SUBMISSION REGARDING SCHEDULING

41063-0124/LEGAL17095684.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Despite their best efforts, the parties have been unsuccessful in reaching a mutually-agreeable proposal. As such, the parties are submitting their respective proposals for the Court's consideration, as follows:

| Event | Google's Proposal | Traffic's Proposal (All dates are only if the case is not dismissed or transferred) |
|---|---|---|
| Traffic deadline to respond to complaint if case is not dismissed or transferred | Agreed | 30 days after ruling on motion to dismiss/transfer |
| Rule 26(f) Conference | October 21, 2009 (concurrent with the hearing on the Motion to Dismiss or Transfer) | 30 days after close of pleadings |
| Google's disclosure of non-infringement and invalidity contentions and production of supporting evidence | Google recommends that the Court adopt deadlines for disclosure of contentions by both parties similar to those set out in the Patent Local Rules for the Northern District of California, Rules 3-1 through 3-7 | 90 days after 26(f) conference |
| Parties exchange proposed claim terms | December 30, 2009 | 120 days after disclosure of invalidity contentions and production |
| Parties submit Joint Claim Construction Chart setting out their respective positions | January 27, 2010 | 60 days after exchange of claim terms |
| Initial Markman Briefs exchanged simultaneously by the parties | February 10, 2010 | 45 days after submission of joint chart |
| Response Markman Briefs exchanged simultaneously by the parties | March 3, 2010 | 30 days after opening briefs |
| Markman Hearing (expected not to exceed two days) | At the convenience of the Court. March 22, 2010, is respectfully suggested. | At the court's convenience after close of briefing |

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

41063-00124/LEGAL17095684.1

| Event | Google's Proposal | Traffic's Proposal (All dates are only if the case is not dismissed or transferred) |
|---|---|---|
| Google's deadline to amend non-infringement and invalidity contentions and supporting evidence only for good cause shown in view of Claim Construction Ruling | Google recommends that the Court adopt deadlines for disclosure of contentions by <u>both</u> parties similar to those set out in the Patent Local Rules for the Northern District of California, Rules 3-1 through 3-7 | 30 days after Claim Construction Ruling |
| Close of Fact Discovery | April 30, 2010 | 90 days after Claim Construction Ruling |
| Court's Ruling on claim construction issues | At the Court's convenience. | At the Court's convenience. |
| Exchange of Expert Reports on issues for which the parties bear the burden of proof | 30 days after Claim Construction Ruling | Agreed |
| Exchange of Rebuttal Expert Reports | 60 days after Claim Construction Ruling | Agreed |
| Close of Expert Discovery | 90 days after Claim Construction Ruling | Agreed |
| Dispositive Motions due; each party limited to total of 50 pages of opening summary judgment briefing | 150 days after Claim Construction Ruling | Agreed |
| Response Briefs regarding dispositive motions due; each party limited to total of 50 pages of response summary judgment briefing | 180 days after Claim Construction Ruling | Agreed |
| Reply Briefs regarding dispositive motions due; each party limited to total of 35 pages of reply summary judgment briefing | 194 days after Claim Construction Ruling | 210 days after Claim Construction Ruling |
| Joint Alternate Dispute Resolution Report due | December 5, 2010 | 240 days after Claim Construction Ruling |

3- JOINT SUBMISSION REGARDING SCHEDULING

41063-00124/LEGAL17095684.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

| Event | Google's Proposal | Traffic's Proposal (All dates are only if the case is not dismissed or transferred) |
|---|---|---|
| Pretrial Order due | December 5, 2010 | 270 days after Claim Construction Ruling |

Pursuant to the Discovery and Pretrial Scheduling Order in this case issued June 2, 2009 [ECF #3], discovery is to be completed by October 7, 2009, and the Joint Alternate Dispute Resolution Report and Pretrial Order are due by November 6, 2009. The parties request that the Court extend the deadlines set out in the June 2, 2009 Order. The parties represent that the above-requested amendment to the current schedule is necessitated by the fact that service of the Complaint on the Defendant was delayed due to good faith negotiations between the parties after the filing of the matter; the parties' time has been taken up to date in briefing the Defendant's Motion to Dismiss/Transfer; and this matter, involving allegations relating to patent infringement and validity, requires the preparation set out above by the parties.

4- JOINT SUBMISSION REGARDING SCHEDULING

41063-00124/LEGAL17095684.1

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Pursuant to Local Rule 100.6, all parties consent to the electronically filed signatures on this document.

DATED: October 7, 2009

Respectfully submitted,

   /s/ Thomas H. Shunk
Thomas H. Shunk (Ohio Bar No. 0025793)
Christina J. Moser (Ohio Bar No. 0074817)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: 216.621.0200
Facsimile: 216.696.0740

(admitted *pro hac vice*)

   /s/ Julia E. Markley
Julia E. Markley, OSB No. 000791
JMarkley@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiff

   /s/ C. Dale Quisenberry
C. Dale Quisenberry
John T. Polasek
Jeffrey S. David
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

5- JOINT SUBMISSION REGARDING SCHEDULING

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

41063-00124/LEGAL17095684.1

/s/ Robert A. Shlachter
Robert A. Shlachter, OSB No. 911718
Timothy S. DeJong, OSB No. 940662
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

Attorneys for Defendant

6- JOINT SUBMISSION REGARDING SCHEDULING

41063-00124/LEGAL17095684.1

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222