**Robert A. Shlachter**, OSB No. 911718
Email: rshlachter@stollberne.com
**Timothy S. DeJong**, OSB No. 940662
Email: tdejong@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**C. Dale Quisenberry** (*admitted pro hac vice*)
Email: dquisenberry@pqelaw.com
**John T. Polasek**, (*pro hac vice* application to be filed)
Email: tpolasek@pqelaw.com
**Jeffrey S. David**, (*pro hac vice* application to be filed)
Email: jdavid@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

*Attorneys for Defendant Traffic Information, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Civil No.: 09-642-HU |
| Plaintiff, | |
| v. | **PLAINTIFF TRAFFIC INFORMATION, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| TRAFFIC INFORMATION, LLC, a Texas limited liability company, | |
| Defendant. | |

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff, Traffic Information, LLC, states that it has no parent corporation and that no publicly held corporation owns 10% or more of Traffic Information LLC's stock. Traffic Information, LLC's member is a citizen of the state of Oregon.

Dated this 23rd day of October, 2009.

       Respectfully submitted,

       STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By:   /s/ C. Dale Quisenberry
      **Robert A. Shlachter,** OSB No. 911718
      **Timothy S. DeJong,** OSB No. 940662
      209 S.W. Oak Street, Fifth Floor
      Portland, Oregon 97204
      Telephone:   (503) 227-1600
      Facsimile:    (503) 227-1600
      Email:        rshlachter@stollberne.com
                      tdejong@stollberne.com

-AND-

**C. Dale Quisenberry** (*admitted pro hac vice*)
Email: dquisenberry@pqelaw.com
**John T. Polasek**, (*pro hac vice* application to be filed)
Email: tpolasek@pqelaw.com
**Jeffrey S. David**, (*pro hac vice* application to be filed)
Email: jdavid@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

*Attorneys for Defendant Traffic Information, LLC*

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

**Page -1-**

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this 23rd day of October, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ C. Dale Quisenberry

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

**Page -2-**