**Robert A. Shlachter**, OSB No. 911718
Email: rshlachter@stollberne.com
**Timothy S. DeJong**, OSB No. 940662
Email: tdejong@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**C. Dale Quisenberry** (*admitted pro hac vice*)
Email: dquisenberry@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

*Attorneys for Defendant Traffic Information, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAFFIC INFORMATION, LLC, a Texas limited liability company,<br><br>Defendant. | Civil No.: 09-642-HU<br><br>**MOTION BY TRAFFIC INFORMATION, LLC FOR PROTECTIVE ORDER AND TO STAY DISCOVERY** |

<u>**CERTIFICATE OF COMPLIANCE WITH LR 7.1**</u>

Pursuant to LR 7.1, the parties made a good faith effort through telephone conferences and email to resolve the dispute but were unable to do so.

<u>**MOTION**</u>

Defendant Traffic Information, LLC ("Traffic") moves the Court pursuant to Rule 26 of the Federal Rules of Civil Procedure for entry of a protective order and stay of discovery pending resolution of Traffic pending motion to dismiss Google Inc.'s Complaint for lack of subject matter jurisdiction.

In support of this Motion, Traffic submits herewith (1) its "Memorandum in Support of Motion By Traffic Information, LLC For Protective Order and To Stay Discovery", and (2) "Declaration of C. Dale Quisenberry in Support of Motion By Traffic Information, LLC For Protective Order and To Stay Discovery".

Dated this 16th day of December, 2009.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: /s/ C. Dale Quisenberry
     **Robert A. Shlachter,** OSB No. 911718
     **Timothy S. DeJong,** OSB No. 940662

209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone:    (503) 227-1600
Facsimile:    (503) 227-1600
Email:       rshlachter@stollberne.com
            tdejong@stollberne.com

-AND-

**PAGE 1 -  MOTION BY TRAFFIC INFORMATION, LLC FOR PROTECTIVE ORDER
        AND TO STAY DISCOVERY**

**C. Dale Quisenberry** (*admitted pro hac vice*)
Email: dquisenberry@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

*Attorneys for Defendant Traffic Information, LLC*

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840