**Robert A. Shlachter**, OSB No. 911718
Email: rshlachter@stollberne.com
**Timothy S. DeJong**, OSB No. 940662
Email: tdejong@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**C. Dale Quisenberry** (*admitted pro hac vice*)
Email: dquisenberry@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

*Attorneys for Defendant Traffic Information, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAFFIC INFORMATION, LLC, a Texas limited liability company,<br><br>Defendant. | Civil No.: 09-642-HU<br><br>**DECLARATION OF C. DALE QUISENBERRY IN SUPPORT OF MOTION BY TRAFFIC INFORMATION, LLC FOR PROTECTIVE ORDER AND TO STAY DISCOVERY** |

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

Dockets.Justia.com

I, C. Dale Quisenberry, declare:

1.  My name is C. Dale Quisenberry. I am over the age of twenty-one years and am competent to make this declaration based on my personal knowledge. I am counsel of record for Traffic Information, LLC ("Traffic") in this action. I offer this declaration in support of the Motion by Traffic Information, LLC for Protective Order and to Stay Discovery.

2.  On November 2, 2009, Google served its first sets of interrogatories and document requests on Traffic. Attached hereto as Exhibit 1 is a true and correct copy of "First Set of Interrogatories by Plaintiff Google, Inc., Directed To Defendant Traffic Information LLC". Attached hereto as Exhibit 2 is a true and correct copy of "First Request For Production of Documents and Things by Plaintiff Google, Inc., Directed To Defendant Traffic Information LLC".

3.  Google's requests – including eleven (11) interrogatories and sixty (60) document requests – seek discovery on a wide range of topics, but such discovery is not needed for purposes of Traffic's pending motion to dismiss. Traffic would incur significant burden and expense in responding to Google's requests.

4.  On November 18, 2009, Traffic sought Google's consent to defer Traffic's deadline to respond to Google's discovery requests until after Traffic's motion to dismiss has been decided, as this would avoid the potential waste of time, effort, expense, burden and inconvenience in responding to the discovery requests in the event the motion to dismiss is granted. Attached hereto as Exhibit 3 is a true and correct copy of a string of emails between Traffic's counsel and Google's counsel concerning Traffic's request. The parties conferred in good faith to reach agreement and avoid the filing of this motion, but were unable to reach agreement.

**PAGE 1 - DECLARATION OF C. DALE QUISENBERRY IN SUPPORT OF MOTION BY TRAFFIC INFORMATION, LLC FOR PROTECTIVE ORDER AND TO STAY DISCOVERY**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600 FAX (503) 227-6840

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of December, 2009.

_____
C. DALE QUISENBERRY

PAGE 2 - DECLARATION OF C. DALE QUISENBERRY IN SUPPORT OF MOTION BY TRAFFIC INFORMATION, LLC FOR PROTECTIVE ORDER AND TO STAY DISCOVERY