

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GOOGLE, INC.**, a Delaware corporation, | Civil Case No. 09-642-HU |
| Plaintiff, | ORDER |
| vs. | |
| **TRAFFIC INFORMATION, LLC**, a Texas corporation, | |
| Defendant. | |

Julia Markley
Perkins Coie
1120 NW Couch Street, Tenth Floor
Portland, Oregon 97209

Thomas H. Shunk
Christina J. Moser
Baker & Hostetler
1900 E. Ninth Street, Suite 3200
Cleveland, Ohio 44114

    Attorneys for Plaintiff

Page 1 - ORDER

  Robert A. Schlachter
  Timothy S. DeJong
  Stoll Stoll Berne Lokting & Schlachter
  209 SW Oak Street, Fifth Floor
  Portland, Oregon 97204

  C. Dale Quisenberry
  John T. Polasek
  Jeffrey S. David
  Polasek, Quisenberry & Errington
  6750 West Loop South, Suite 920
  Ballaire, Texas 77401

    Attorneys for Defendant


KING, Judge:

  The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on February 2, 2010. Defendant filed timely objections to the Findings and Recommendation.

  When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). This court has, therefore, given <u>de novo</u> review to the rulings of Magistrate Judge Hubel on the Motion to Dismiss.

  When either party objects to any portion of a magistrate's order concerning a nondispositive matter, the district court will modify or set aside any part of the order that is clearly erroneous or is contrary to law. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981),

Page 2 - ORDER

cert. denied, 455 U.S. 920 (1982). This court has reviewed the rulings of Magistrate Judge Hubel on the Motion to Transfer under a clearly erroneous or contrary to law standard.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated February 2, 2010 in its entirety.

IT IS HEREBY ORDERED that Traffic Information, LLC's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Alternative Motion to Transfer Venue (#8) are denied.

Dated this ___19___ day of March, 2010.

Garr M. King
United States District Judge