**Robert A. Shlachter**, OSB No. 911718
Email: rshlachter@stollberne.com
**Timothy S. DeJong**, OSB No. 940662
Email: tdejong@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**C. Dale Quisenberry** (admitted *pro hac vice*)
Email: dquisenberry@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

*Attorneys for Defendant Traffic Information, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON PORTLAND

DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Civil No.: 09-642-HU |
| Plaintiff, | |
| v. | **TRAFFIC INFORMATION LLC'S UNOPPOSED MOTION FOR LEAVE TO CONDUCT DEPOSITION OF CALIFORNIA DEPARTMENT OF TRANSPORTATION ON OR BEFORE FEBRUARY 3, 2012** |
| TRAFFIC INFORMATION, LLC, a Texas limited liability company, | |
| Defendant. | |

Traffic Information, LLC ("Traffic") files this motion further to the email of its counsel to Ms. Bartholomew dated January 30, 2012, and seeks leave to take the deposition of the California Department of Transportation on or before February 3, 2012, after the January 30, 2012 discovery deadline. Traffic served a subpoena on the California DOT on January 4, 2012 for the deposition to take place on January 20, 2012. The California Department of Transportation requested that the subpoena be reissued and the deposition was rescheduled for January 30, 2012. Traffic has been in communication with Ms. Jeanne Scherer, counsel for the California DOT in an attempt to work out production of documents and scheduling of the deposition. Ms. Scherer has been diligently investigating the subject matter of the subpoena and attempting to locate knowledgeable witnesses and documents. Ms. Scherer has advised that she can make a relevant witness available for deposition on or before February 3, 2012. Traffic has conferred with Google's counsel concerning this request and been advised that Google does not oppose this motion.

Wherefore, premises considered, Traffic requests that the Court enter an Order permitting Traffic to take the deposition of the California DOT after close of discussion, but no later than February 3, 2012.

Respectfully submitted:

STOLL STOLL BERNE LOKTING & SCHLACHTER P.C.

By:   s/ Timothy S. DeJong
Robert A. Shlachter, OSB No. 911718
RShlachter@stollberne.com
Timothy S. DeJong, OSB No. 940662
TDejong@stollberne.com
209 SW Oak Street, Fifth Fl.
Portland, OR 97204
Telephone: 503.227.160
Facsimile: 503.227.6840

**2 – JOINT MOTION TO CONDUCT DEPOSITION AFTER DISCOVERY DEADLINE**

POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
C. Dale Quisenberry, Tex. Bar No. 24005040
(admitted *pro hac vice*)
dquisenberry@pqelaw.com
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: 832.778.6000
Facsimile: 832.778.6010

Attorneys for Defendant Traffic Information LLC

**3 – JOINT MOTION TO CONDUCT DEPOSITION AFTER DISCOVERY DEADLINE**