UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

CIVIL MINUTES

**Case No.:** CV 09-642-HU                    **Date of Proceeding:** February 13, 2012

**Case Title:** Google, Inc. v. Traffic Information, LLC          **Reporter:** Bonita Shumway

**Presiding Judge: Hon. Dennis J. Hubel**    **Courtroom Deputy:** Kathleen Bartholomew (326-8060)

## PLAINTIFF'S COUNSEL           DEFENDANT'S COUNSEL

Ramsey Al-Salam                 C. Dale Quisenberry
Julia Markley                   Robert Shlachter
Jennifer Polse

**DOCKET ENTRY:     RECORD OF PROCEEDINGS and ORDER:**

By separate opinion and order, Google's motion to amend its invalidity contentions [116] is granted.

There being no objection to it, Defendant's Motion for Leave to Serve Subpoena on and Depose Transcom, Inc. After Discovery Deadline [148] is granted.  The deposition of a witness from TRANSCOM shall go forward as a Rule 30(b)(6) deposition on or before February 15, 2012.

The parties having reported that there is no objection to Defendant's Motion for Leave to Serve Subpoena on Northrup Grumman Corporation [138], the motion is granted, requiring  one of its employees to appear for a deposition on topics regarding the Kentucky Transportation Cabinet.

It is expected that the deposition of a TrafficCast employee will be taken regarding Caltrans issues as well, Defendant's Motion for Leave to Continue Discovery of California Department of Transportation After Discovery Deadline [149] is therefore granted.

Defendant's Motion for Leave to Complete Discovery from Wireless Carriers After Discovery Deadline [140] is granted, to the extent that Traffic and Google are able to agree to a form of declaration for each wireless carrier in lieu of additional depositions from the carriers.

The court grants the parties' joint request for an extension of the case schedule as set forth below:

| | |
|---|---|
| January 30, 2012 | Complete fact discovery, with the exception of the specific fact discovery referenced above, which shall be completed no later than April 4, 2012. |
| May 4, 2012 | Simultaneously exchange opening expert reports on those issues for which the parties bear the burden of proof |
| June 1, 2012 | Simultaneously exchange responsive expert reports.  There will be no formal rebuttal expert reports exchanged.  If an expert has something to say in rebuttal, it will be covered in that expert's deposition or the rebuttal testimony will not be used. |
| July 6, 2012 | Complete expert discovery |
| July 20, 2012 | Deadline to file dispositive motions.  Each party limited to 50 pages in its opening brief |
| August 17, 2012 | File responses to dispositive motions, limited to 50 pages each |
| August 31, 2012 | File replies re dispositive motions, limited to 25 pages |

30 days after ruling by Magistrate Judge on dispositive motions:  Joint ADR to be filed

30 days after final dispositive motion ruling:        Pretrial Order to be lodged